UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ERIC MOWER AND ASSOCIATES, INC.,
                        Plaintiff,

v.

DONATOS-ALONZO HOLDINGS, LLC,
                        Defendant.

SUM CERTAIN

**JUDGMENT**

Civil Action No.: 5:11-CV-968
(NAM/DEP)

Plaintiff having applied for entry of Default Judgment against defendant Donatos-Alonzo Holdings, LLC, and plaintiff having attached and/or filed all documents as required by Federal Rule of Civil Procedure 55(b)(1) and Local Rule 55.2(a); it is hereby

ORDERED AND ADJUDGED, that plaintiff, Eric Mower and Associates, Inc., recover of defendant, Donatos-Alonzo Holdings, LLC, the sum of $189,289.89, consisting of:

- Principal amount of $174,967.41, plus interest at the rate of 9% per annum through October 11, 2011 totaling $14,322.48, as set forth in plaintiff's Party Statement dated October 11, 2011; plus

- $415.00 as costs and disbursements; along with

- Per diem interest in the amount of $43.14 from October 12, 2011 to the date judgment is entered to be added to the sum of $189,289.89.

Dated: Syracuse, New York
       October 14, 2011

Clerk of Court



561985.1

By: Joanne Bleskoski
    Deputy Clerk

SCOLARO, SHULMAN, COHEN, FETTER & BURSTEIN, P.C.
507 PLUM STREET, SUITE 300
SYRACUSE, NEW YORK 13204